# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 3, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156165 & (16)(17)(18)(26)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                        SC: 156165
                                        COA: 337896

GINA LYNNE SHOFFNER,
      Defendant-Appellant.
                                        Berrien CC: 2016-016136-FH

_____/

On order of the Court, the motions to amend appellate issues and for immediate consideration are GRANTED. The application for leave to appeal the May 12, 2017 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions to remand to the Court of Appeals and to remand to the trial court are DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 3, 2018



Clerk

p1218